UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN NGUYEN,

          Plaintiff,

    v.

WAL-MART ASSOCIATES, INC.,

          Defendant.

Case No.  23-cv-03204-JSW

**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Re: Dkt. No. 54

    The stipulation of dismissal filed on February 10, 2025 in the above captioned case is GRANTED.  The action is dismissed with prejudice; each party shall bear its own attorneys' fees and costs.  The Court will retain jurisdiction to enforce the terms of the parties' release and settlement agreement.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: February 11, 2025

JEFFREY S. WHITE
United States District Judge